# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL STEWART,<br><br>            Plaintiff,<br><br>    v.<br><br>A. CALDERON, et al.,<br><br>            Defendants.<br>_____/ | CASE NO. 1:06-cv-01464-AWI-NEW (DLB) PC<br><br>ORDER GRANTING PLAINTIFF'S MOTION FOR A THIRTY-DAY EXTENSION OF TIME TO FILE AN OBJECTION<br><br>(Doc. 16) |

    Plaintiff Michael Stewart ("plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. On July 23, 2007, plaintiff filed his second motion seeking an extension of time to file an objection to the recommendation that this action be dismissed for failure to exhaust.

    Plaintiff's motion is HEREBY GRANTED, and plaintiff's objection is due within **thirty (30) days** from the date of service of this order.

    IT IS SO ORDERED.

Dated:   **July 27, 2007**            /s/ **Dennis L. Beck**
                                                       UNITED STATES MAGISTRATE JUDGE